■ In the Matter of HOWARD MICHAEL, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, et al., Respondents. [974 NYS2d 883]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Thomas G. Leone, A.J.], entered April 24, 2013) to review a determination finding, after a tier III hearing, that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.